UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PRUITT,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 5:20-CV-01412-MAR<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of TWO THOUSAND NINE HUNDRED AND EIGHT DOLLARS AND NINETY-TWO CENTS ($2,908.92) and costs and expenses in the amount of FOUR HUNDRED FORTY-SEVEN DOLLARS AND FIFTY-EIGHT CENTS ($447.58), as authorized by 28 U.S.C. §§1920, 2412(d), subject to the terms of the above referenced Stipulation.

IT IS SO ORDERED.

Dated: September 16, 2021

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge